

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2015

No. 04-15-00341-CV

**BEXAR COUNTY CIVIL SERVICE COMMISSION**,
Appellant

v.

Carmella **GUERRERO**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08758
Honorable Antonia Arteaga, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to December 4, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:
Clarkson F. Brown
Bexar Cty District Atty Civil Section
300 Dolorosa, Suite 5049
San Antonio, TX 78205

Robert William Clore
Clore Appeals and Litigations Support
15481 South Padre Island Dr.
Suite 101
Corpus Christi, TX 78418